
## Service of Process Transmittal Summary

**TO:**   KIM LUNDY- EMAIL
Walmart Inc.
GLOBAL GOVERNANCE/CENTRAL INTAKE, 2914 SE I STREET MS#0200
BENTONVILLE, AR 72712-3148

**RE:**   **Process Served in New York**

**FOR:**   Wal-Mart Stores East, LP  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: DOE TYRON // To: Wal-Mart Stores East, LP |
| **DOCUMENT(S) SERVED:** | Letter, Summons, Complaint, Attachment(s), Notice |
| **COURT/AGENCY:** | Suffolk County Supreme Court, NY<br>Case # 6043962025 |
| **NATURE OF ACTION:** | Personal Injury - 10/13/2024, Walmart store, located at 965 Broadhollow Road, Farmingdale, New York |
| **PROCESS SERVED ON:** | C T Corporation System, New York, NY |
| **DATE/METHOD OF SERVICE:** | By Traceable Mail on 03/19/2025 postmarked on 03/12/2025 |
| **JURISDICTION SERVED:** | New York |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after completion of service (Document(s) may contain additional answer dates) |
| **ATTORNEY(S)/SENDER(S):** | SVETLANA WALKER<br>WALKER & MACKENZIE, P.C.<br>1650 Sycamore Avenue, Suite 19<br>Bohemia, NY 11716<br>631-791-5090 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 03/19/2025, Expected Purge Date: 03/29/2025<br><br>Image SOP |
| **REGISTERED AGENT CONTACT:** | C T Corporation System<br>28 Liberty Street<br>New York, NY 10005<br>8775647529<br>MajorAccountTeam2@wolterskluwer.com |
| **REMARKS:** | Documents were served upon the New York Secretary of State on 02/24/2025 and forwarded to CT Corporation. |



The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

DOS

DE. _____ __ _____
   One Commerce Plaza
   99 Washington Avenue
   Albany, NY 12231-0001

Return Services Requested



US POSTAGE — WHITNEY BOWES
ZIP 12231  **$ 006.89⁰**
02 4W
0000390363 MAR 12 2025



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
**USPS CERTIFIED MAIL**

USPS CER____ED MAIL

9214 8969 005 7938 6049 04

97938

202503061088
C T CORPORATION SYSTEM
28 LIBERTY ST.
NEW YORK NY 10005, USA

STATE OF NEW YORK
# DEPARTMENT OF STATE
ONE COMMERCE PLAZA
99 WASHINGTON AVENUE
ALBANY, NY 12231-0001
WWW.DOS.NY.GOV

KATHY HOCHUL
GOVERNOR

WALTER T. MOSLEY
SECRETARY OF STATE

March 06, 2025

C T CORPORATION SYSTEM
28 LIBERTY ST.
NEW YORK NY 10005, USA

| | |
|---|---|
| RE: Party Served: | WAL-MART STORES EAST, LP |
| Plaintiff/Petitioner: | TYRON DOE |
| Receipt Number: | 202503061088 |
| Date Served: | 02/24/2025 |
| Section of Law: | SECTION 121-109(A) OF THE PARTNERSHIP LAW |

To whom it may concern:

Enclosed is a legal document that was served upon the Secretary of State as the designated agent of the above named party. The Department of State is required by law to forward this legal document to the address on file for such party. This office is not authorized to offer legal advice. If you have any questions concerning this document, please contact your attorney.

Recently enacted legislation permits process to be served electronically on the Secretary of State as agent of a domestic or authorized foreign corporation, limited liability company, limited partnership, limited liability partnership, general association or condominium board, provided such entity has provided the Department of State with an email address for electronic service of process notification.

If the above named party has not already done so, it may provide the Department of State with an email address to which the Department will email a notice of the fact that process against such party has been electronically served upon the Secretary of State. A copy of any process served electronically will be made available to the party served through the Department's Electronic Service of Process webpage. Entities may provide the Department with an email address through the amendment procedure permitted by the law for such entity.

Sincerely,

Department of State
Division of Corporations, State Records
and Uniform Commercial Code
(518) 473-2492



SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK

-------------------------------------------------------------------X

TYRON DOE,

       Plaintiff,

  -against-

WAL-MART STORES EAST, LP,

       Defendant.

-------------------------------------------------------------------X

Index No.:

Filed:

**SUMMONS**

Plaintiff designates Suffolk
County as the place of trial.

The basis of venue is
Place of Occurrence
Walmart Supercenter #5295
965 Broadhollow Road
Farmingdale, NY 11735
SUFFOLK COUNTY

**To the above-named Defendant:**

 **You are hereby summoned** to answer the complaint in this action, and to serve a copy of your answer, or if the complaint is not served with this summons, to serve a notice of appearance on the Plaintiff's attorneys within twenty (20) days after the service of this summons exclusive of the day of service, where service is made by delivery upon you personally within the state or within thirty (30) days after completion of service where service is made in any other manner. In case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated: Bohemia, New York
   February 18, 2025

Yours, etc.,

SVETLANA WALKER, ESQ.
WALKER & MACKENZIE, P.C.
Attorneys for Plaintiff
1650 Sycamore Avenue, Suite 19
Bohemia, New York 11716
(631) 791-5090

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK
-----------------------------------------------------------------------X
TYRON DOE,

                               Plaintiff,                         Index No.:

            -against-                                  **COMPLAINT**

WAL-MART STORES EAST, LP

                            Defendant.
-----------------------------------------------------------------------X

The Plaintiff, above named, complaining of the Defendant by his attorneys, WALKER & MACKENZIE, P.C., respectfully alleges, upon information and belief, as follows:

1.     At all times mentioned herein, there existed a premises located at 965 Broadhollow Road, Farmingdale, New York (hereinafter "the premises").

2.     At all times mentioned herein, Defendant was an owner of the premises.

3.     At all times mentioned herein, Defendant was a lessor of the premises.

4.     At all times mentioned herein, Defendant was a lessee of the premises.

5.     At all times mentioned herein, Defendant was doing business at the aforesaid premises and/or parts thereof.

6.     At all times mentioned herein, Defendant was an owner of the aforesaid business and/or parts thereof.

7.     At all times mentioned herein, Defendant opened the aforesaid business and/or premises and/or parts thereof to the general public.

8.     At all times mentioned herein, Defendant, its agents, servants, agencies, departments and/or employees operated the aforesaid premises and/or parts thereof.

9.    At all times mentioned herein, Defendant, its agents, servants, agencies, departments and/or employees managed the aforesaid premises and/or parts thereof.

10.    At all times mentioned herein, Defendant, its agents, servants, agencies, departments and/or employees maintained the aforesaid premises and/or parts thereof.

11.    At all times mentioned herein, Defendant, its agents, servants, agencies, departments and/or employees controlled the aforesaid premises and/or parts thereof.

12.    At all times mentioned herein, Defendant, its agents, servants, agencies, departments and/or employees inspected the aforesaid premises and/or parts thereof.

13.    At all times mentioned herein, Defendant, its agents, servants, agencies, departments and/or employees supervised the aforesaid premises and/or parts thereof.

14.    At all times mentioned herein, Defendant, its agents, servants, agencies, departments and/or employees repaired the aforesaid premises and/or parts thereof.

15.    At all times mentioned herein, Defendant, its agents, servants, agencies, departments and/or employees supervised repairs of the aforesaid premises and/or parts thereof.

16.    At all times mentioned herein, Defendant, its agents, servants, agencies, departments and/or employees performed certain work the aforesaid premises and/or parts thereof.

17.    At all times mentioned herein, Defendant, its agents, servants, agencies, departments and/or employees were responsible for the maintenance, operation, management, control, inspection, repair and/or supervision of the premises and/or parts thereof.

18.    At all times mentioned herein, Defendant, its agents, servants, agencies, departments and/or employees breached their duty to properly operate, manage, maintain, control, repair, inspect and supervise the premises and/or parts thereof and to keep the premises

and/or parts thereof in a reasonably safe condition.

19.     On or before October 13, 2024, Defendant, its agents, servants, agencies, departments and/or employees negligently, recklessly and carelessly suffered and permitted the aforesaid premises and/or parts thereof to be, become and remain in a dangerous and defective condition.

20.     On or about October 13, 2024, Plaintiff was lawfully at or about the aforesaid premises.

21.     On or about October 13, 2024, Plaintiff was lawfully at or about the aforesaid premises with the knowledge, permission and consent of its owner or owners.

22.     On or about October 13, 2024, Plaintiff was lawfully at or about the aforesaid premises with the knowledge, permission and consent of Defendant.

23.     On or about October 13, 2024, while Plaintiff was lawfully at or about the aforesaid premises, he was caused to sustain serious personal injuries.

24.     On or about October 13, 2024, Plaintiff sustained serious permanent personal injuries due to a dangerous and/or defective condition existing at the aforesaid premises.

25.     The aforesaid occurrence was due solely to the negligence, carelessness and recklessness of the Defendant, its agents, servants, agencies, departments and/or employees, in the ownership, operation, management, maintenance, supervision and/or repair of the aforesaid premises and/or parts thereof and through no fault or lack of care on the part of Plaintiff herein.

26.     Plaintiff was seriously injured.

27.     This action falls within one or more of the exceptions set forth in CPLR§1602 including, but not limited to (2) and (7).

28.     As a result of the aforesaid, Plaintiff was caused to sustain serious personal

injuries, a severe shock to his nervous system, certain internal injuries, and has been caused to suffer severe physical pain and mental anguish as a result thereof. Upon information and belief, some of the aforesaid injuries are of a permanent and lasting nature. Plaintiff was incapacitated from his usual and customary activities and was caused to undergo medical care and attention all of which exceed the monetary jurisdictional limits of all lower Courts of the State of New York.

**WHEREFORE,** Plaintiff demands judgment against the Defendant in a sum which exceeds the monetary jurisdictional limits of all lower Courts of the State of New York, together with the costs and disbursements of this action.

Dated: Bohemia, New York
      February 18, 2025

Yours, etc.

_____
SVETLANA WALKER, ESQ.
WALKER & MACKENZIE, P.C.
Attorney for the Plaintiff
1650 Sycamore Avenue, Suite 19
Bohemia, New York 11716
(631) 791-5090

Index No.
SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK

―――――――――――――――――――――――――――――――

TYRON DOE,

                         Plaintiff,

          -against-


WAL-MART STORES EAST, LP,

                         Defendant.

―――――――――――――――――――――――――――――――

## SUMMONS & COMPLAINT

―――――――――――――――――――――――――――――――

**WALKER & MACKENZIE, P.C.**
*Attorneys for Plaintiff*
1650 Sycamore Avenue, Suite 19
Bohemia, New York 11716
631-791-5090

**LITIGATION PAPERS ARE NOT TO BE SERVED BY FAX EXCEPT BY EXPRESS PRIOR WRITTEN PERMISSION**

To:
Attorney(s) for

Service of a copy of the within _____ is hereby admitted.
Dated:

                    ...............................................................
                    Attorney(s) for

*PLEASE TAKE NOTICE*

NOTICE OF ENTRY

☐                    that the within is a (certified) true copy of an
                    entered in the office of the Clerk of the within named
                    Court on.

NOTICE OF
SETTLEMENT

☐                    that an Order of which the within is a true copy will be
                    presented to the Hon.                    , one of the
                    judges of the within named Court, at ,
                    on                    , 20    , at                    a.m./p.m.

Dated:                         Svetlana Walker, Esq.
                              WALKER & MACKENZIE, P.C.
                              *Attorneys for Plaintiff*
                              1650 Sycamore Avenue, Suite 19
                              Bohemia, New York 11716

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK
------------------------------------------------------------------------x

TYRON DOE,

                Plaintiff,

        - against -                              Index No.: 604396/2025

WAL-MART STORES EAST, LP,

                Defendant.
------------------------------------------------------------------------x

## NOTICE OF ELECTRONIC FILING
### (Mandatory Case)
(Uniform Rule § 202.5-bb)

**You have received this Notice because:**

    1) The Plaintiff/Petitioner, whose name is listed above, has filed this case using the New York State Courts E-filing system ("NYSCEF"), and

    2) You are a Defendant/Respondent (a party) in this case.

- **If you are represented by an attorney:**

Give this Notice to your attorney. (Attorneys: see "Information for Attorneys" pg. 2).

- **If you are not represented by an attorney:**

**You will be served with all documents in paper and you must serve and file your documents in paper, unless you choose to participate in e-filing.**

**If you choose to participate in e-filing, you must have access to a computer and a scanner or other device to convert documents into electronic format, a connection to the internet, and an e-mail address to receive service of documents.**

    The **benefits of participating in e-filing** include:

-     serving and filing your documents electronically

-     free access to view and print your e-filed documents

-     limiting your number of trips to the courthouse

-     paying any court fees on-line (credit card needed)

**To register for e-filing or for more information about how e-filing works:**

- visit: www.nycourts.gov/efile-unrepresented or
- contact the Clerk's Office or Help Center at the court where the case was filed. Court contact information can be found at www.nycourts.gov
- 

To find legal information to help you represent yourself visit www.nycourthelp.gov

**Information for Attorneys**
**(E-filing is Mandatory for Attorneys)**

An attorney representing a party who is served with this notice must either:

1) immediately record his or her representation within the e-filed matter on the NYSCEF site www.nycourts.gov/efile ; or

2) file the Notice of Opt-Out form with the clerk of the court where this action is pending and serve on all parties. Exemptions from mandatory e-filing are limited to attorneys who certify in good faith that they lack the computer hardware and/or scanner and/or internet connection or that they lack (along with all employees subject to their direction) the knowledge to operate such equipment. [Section 202.5-bb(e)]

For additional information about electronic filing and to create a NYSCEF account, visit the NYSCEF website at www.nycourts.gov/efile or contact the NYSCEF Resource Center (phone: 646-386-3033; e-m ail: efile@nycourts.gov).

Dated: February 19, 2025

Svetlana Walker, Esq.
<small>NAME</small>

WALKER & MACKENZIE, P.C.
<small>FIRM NAME</small>

1650 Sycamore Avenue, Suite 19
<small>ADDRESS</small>

Bohemia, NY 11716

631-791-5090
<small>PHONE</small>

swalker@walkermackenzielaw.com
<small>EMAIL</small>

To:     WAL-MART STORES EAST, LP
        965 Broadhollow Road
        Farmingdale, NY 11735